

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 8 2007
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

June 26, 2007

**By Federal Express**

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

*June 28, 2007*
**Application GRANTED**
**SO Ordered**

*Paul A. Crotty*
*USDJ*

Re:    <u>Fein v. Chao</u>, 07 Civ. 3312 (PAC)

Dear Judge Crotty:

I write respectfully on behalf of Elaine Chao, Secretary, United States Department of Labor (the "Government") to request a thirty-day extension of time to respond to plaintiff's complaint, from June 29, 2007 until July 30, 2007. The Government requests this additional time because we are in the process of reviewing and analyzing plaintiff's complaint, which raises sweeping class action allegations seeking locality-based payment adjustments for all individuals receiving payments pursuant to the Federal Employee's Compensation Act, 5 U.S.C. § 8101 <u>et seq</u>. We also require this additional time because of the press of business.

Plaintiff's counsel consents to the Government's request. This is the Government's first request for an extension of time to respond to plaintiff's complaint.

**MEMO ENDORSED**

Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: _____
LAWRENCE H. FOGELMAN
Assistant United States Attorney
Tel. No.: (212) 637-2719
Fax No.: (212) 637-2730

cc:    Jacob Rollings, Esq. (By Facsimile)
Attorney for Plaintiff
57 Gramatan Avenue
Mount Vernon, New York 10550
Tel: 914-699-5220
Fax: 914-699-3740

2