

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 9 2007
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

August 8, 2007

**By Facsimile**

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

August 9, 2007

**Application GRANTED**
**SO Ordered**

*/s/ Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   Fein v. Chao, 07 Civ. 3312 (PAC)

Dear Judge Crotty:

With plaintiff's consent, I write respectfully to request the following briefing schedule on the Government's motion to dismiss the above-referenced complaint:

    Government's Moving Brief:    August 31, 2007
    Plaintiff's Opposition Brief:    September 28, 2007
    Government's Reply Brief:    October 16, 2007

Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: */s/ Lawrence H. Fogelman*
LAWRENCE H. FOGELMAN
Assistant United States Attorney
Tel. No.: (212) 637-2719
Fax No.: (212) 637-2730

**MEMO ENDORSED**

cc:   Jacob Rollings, Esq. (By Facsimile)
      Attorney for Plaintiff
      57 Gramatan Avenue
      Mount Vernon, New York 10550
      Tel: 914-699-5220
      Fax: 914-699-3740