MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for United States of America
By: LAWRENCE H. FOGELMAN (LF-9700)
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2719

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEPHEN J. FEIN, on behalf of himself and all
others similarly situated,

                 Plaintiff,

   v.

ELAINE CHAO, Secretary, United States
Department of Labor,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF MOTION

07 Civ 3312 (PAC)

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Edward Duncan, dated August 30, 2007 and the exhibits annexed thereto, defendant Secretary of Labor Elaine L. Chao ("Secretary" or the "Government"), by her attorney Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Paul A. Crotty, United States District Judge, at United States Courthouse, 500 Pearl Street, Courtroom 20C, New York, New York 10007, for an order dismissing the complaint in the above-captioned matter for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, or, in the alternative, for

an order dismissing the complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other relief as the Court deems just and proper.

Dated:     August 31, 2007
            New York, New York

                                                 MICHAEL J. GARCIA
                                                 United States Attorney for the
                                                 Southern District of New York
                                                 Attorney for the Government

By:    _____
            LAWRENCE H. FOGELMAN (LF-9700)
            Assistant United States Attorney
            86 Chambers Street, 3rd Floor
            New York, New York 10007
            Tel.: (212) 637-2719
            Fax: (212) 637-2730

To:     Jacob Rollings, Esq. (By Federal Express)
        Attorney for Plaintiff
        57 Gramatan Avenue
        Mount Vernon, New York 10550