Federal Employees' Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation

U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs



| | |
|---|---|
| 1. Name of Injured Employee (Last, first, middle) **FEIN, STEPHEN J.** | 2. Date of Birth **10/17/46** / 3. ☒ Male ☐ Female / 4. Social Security Number [redacted] |
| 5. Employee's Home Mailing Address (no., street, city, state, zip code) **522 SHORE ROAD, LONG BEACH, N.Y. 11561** | 6. Home Telephone Area Code: **516** Number: **889-4329** |
| 7. Name and Address of Employing Agency **NAVAL STATION NEW YORK, 207 FLUSHING AVENUE, BROOKLYN, N.Y. 11251-5000** | 8. Place Where Injury Occurred **304 Mitchel Ave, East Meadow, N.Y. (NAVY HOUSING Quarters)** |
| 9. Date and Hour of Injury **6/21/88  10:00 ☒ AM ☐ PM** | 10. Date of This Notice **6/23/88** |
| 11. Dependents — Wife/Husband ☒ / Children/Under 18 Years Old ☐ | 12. Employee's Occupation **HOUSING MANAGER** |

13. Cause of Injury: Inhalation of chemical fumes in freshly sanded Naval quarters apartment, that had not been ventilated.

14. Nature of Injury: Chest, lungs, throat, eyes, fingers and legs. Also dizzyness occurred at that time.

15. If This Notice and Claim Was Not Filed With The Employing Agency Within Two Working Days After The Injury, Explain The Reason For The Delay.

**6403LC - 1173 - 23 - 79 - BC - XO**

16. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

☐ a. Sick and/or Annual leave.

☒ b. Continuation of regular pay not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days (If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584).

Mr. Stephen J. Fein was unable to sign. He was rushed to a physician.

Signature of Employee or Person Acting on His/Her Behalf

PENALTY PROVISION: Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to felony criminal prosecution and may, under appropriate U.S. Criminal Code provisions, be punished by a fine of not more than $10,000 or imprisonment for not more than five years, or both.

17. Statement of Witness (Describe what you saw, heard or know about this injury)

See attached Statement of Witness

| 18. Witness' Signature | 19. Witness' Address | 20. Date Signed (mo., day, year) |
|---|---|---|
| | | |

Form CA-1 Rev. Oct. 1983

## OFFICIAL SUPERIOR'S REPORT OF TRAUMATIC INJURY

**21. Department or Agency**
NAVAL STATION NEW YORK
PUBLIC WORKS DEPT. BLDG. #292

**22. Bureau or Office**

Agency Code: 6403 LC

**23. Name and Address of Reporting Office (No., street, city, state, Zip Code)**
207 FLUSHING AVENUE
BROOKLYN, NEW YORK 11251

**24. Regular Work Day** Begins ☐ AM ☐ PM  Ends ☐ AM ☐ PM

**25. Number of Hours Worked Per Day**

**26. Circle Days Paid Per Week** S M T W T F S

**27. Date and Hour of Injury** (mo., day, year) ☐ AM ☐ PM

**28. Date Reporting Office Received Notice of Injury** (mo., day, year)

**29. Date and Hour Stopped Work** (mo., day, year)  Pay Rate $ _____ per _____

**30. If Pay Has Been Terminated, Give Date** (mo., day, year)

**31. 45 Day Period Begins** (mo., day, year)

**32. Employee's Grade and Step on Date of Injury**  Grade _____ Step _____

**33. Date and Hour Employee Returned to Work** (mo., day, year) ☐ AM ☐ PM

**34. Name of Supervisor at Time of Injury**

**35. Was Employee in Performance of Duty At The Time of Injury?** ☐ Yes ☐ No  If No, furnish a detailed explanation or attach copy of Employing Agency's Investigation Report.

**36. Was Injury Caused By Willful Misconduct, Intoxication or Intent To Injure Self of Another?** ☐ Yes ☐ No  If Yes, Furnish Detailed Report.

**37. Was Injury Caused By Third Party?** ☐ Yes ☐ No  If Yes, Furnish Name and Address of Party Responsible.

**38. Date Employee First Obtained Medical Care for the Injury** (mo., day, year)
6/21/88

**39. Name and Address of Physician First Providing Medical Care**
Doctors Office Center
Front Street East Meadow
New York

**40. Do Medical Reports Show Employee is Disabled For Work?** ☐ Yes ☐ No

**41. Does Your Knowledge of The Facts About This Injury Agree With The Statements of The Employee And/Or Witness?** ☐ Yes ☐ No  If No, Furnish A Detailed Explanation.

**42. Does The Employing Agency Controvert Continuation of Pay?** ☐ Yes ☐ No  If Yes, Give Full Explanation for Basis of Controversion (See Item 6 of Instruction Sheet). Attach Additional Sheets If More Space Is Needed.

**43. Filing Instructions:**
☐ No Lost Time and No Medical Expense. Place This Form In Employee's Official Personnel Folder.
☐ Medical Expense Incurred or Expected. Forward This Form To OWCP.
☐ Lost Time Covered By Leave, LWOP, or COP. Forward This Form To OWCP

**44. All Information Requested On This Form Has Been Furnished. If Not, It Will Be Submitted By**
(Fill in Date)

**45. Signature of Supervisor**
Thomas P Reilly

**46. Title and Office Phone Number**
HOUS[ING] DIRECTOR 718 834 2261

**47. Date** (mo., day, year)
6  22  89

**PENALTY PROVISIONS:** An immediate superior who hinders the filing of any compensation claim or report may be punished by a fine of not more than $500 or imprisoned not more than one year, or both — 18 U.S.C. 1922. A supervisor who knowingly certifies to any false statement, misrepresentation, or concealment of fact in respect to this claim may also be subject to appropriate