U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
201 VA▮▮ STREET  7TH FLOOR
NEW YORK NY 10014
TELEPHONE # (212) 337-2875



October 17, 1988

File Number: ▮▮▮▮▮▮▮
Date of Injury:  06/21/88
Employee:  STEPHEN J. FEIN

STEPHEN J. FEIN
522 SHORE RD
LONG BEACH, NY 11561

Dear Mr. Fein:

Based on the District Medical Doctor's review of the evidence in your file,
your claim has been accepted for "keratoconjunctivitis both eyes".
At this time, there are no other conditions accepted by this office as being
medically related to the work injury. Based on the medical evidence from Dr
Loffredo(8/18&8/5/88) you were fit for limited duty effective 8/5/88, which was
available by the agency(ca-17 dtd 8/5/88). Based on the accepted condition,
COP is authorized for the period 6/22/88-8/5/88.
To date,  you have not met your burden of proof in submitting probative medical
evidence to establish any other specific conditions or periods of total disability
which are causally related to the work injury.
The reports from Allen Kraut, MD are not sufficient to establish a firm
diagnosis or that your condition is causally related to the work injury based on
well-rationalized medical opinion.
The pulmonary function tests were inadequate and inconsistent with the findings
on the physical exam. The neurological findings could be related to other factors
such as chemotherapy(discussed by District Medical Dr).
Dr Kraut's opinions are speculative and not well founded. His opinion is not
based on a complete factual background as the agency's report on this incident
indicating the actual "toxic" substance you were allegedly exposed to has not
been released or submitted to this office. Dr Kraut does not give a firm diagnosis
nor does he thoroughly explain just what the diagnosis is and HOW it is causally
related to the work injury. This opinion  must be based on well rationalized
medical opinion and on the facts. The opinion cannot be speculative if you
want to establish a causal relationship between your conditions and the work

— Continued —

Dept of the Navy
Naval Station New York
207 Flushing Ave
Brooklyn, NY 11251

Deupt. re expansion
of claim.

DEPARTMENT OF THE NAVY
NAVAL STATION
ATTN: CON CIV PERS OFFICE
BLDG 75/1 NAVAL BASE
PHILADELPHIA, PA 19112

DEBORAH HELPRIN ESQ
1117 OLD COUNTRY RD  THE PLNVW ATRI
PLAINVIEW, NY 11803

 

File Number: ▬▬▬▬▬▬
Date of Injury: 06/21/88

injury.
This office has requested(several times!) detailed factual evidence from you and
from the Agency. We even requested the agency report. To date, we have not
received the Agency's report or any report of an investigation on this injury.
We have requested reports and statements on the names of the toxic substances
you claim to have been exposed to.
The burden of providing medical and factual evidence in support of your claim rests
s̶i̶t̶s̶ with you. Under the privacy act(5 USC 552a), you have the right to request
copies of your medical records from your agency so that you can send them
directly to us.
To meet your burden of proof in establishing other conditions to be causally
related to the 6/21/88 work injury, you must arrange for submission of the agency
report on the 6/21/88 incident and a very DETAILED medical report which
includes the facts(what were you exposed to etc),accurate findings, firm diagnosis
and well-rationalized medical opinion on the causal relationship between these
other conditions and the work injury.
Your claim will be held open for 30 days to submit the requested evidence.


Sincerely,


PAT RUSH
CLAIMS EXAMINER