

U.S. DEPARTMENT OF LABOR        EMPLO    ENT STANDARDS ADMINISTRATION
                                OFFI    OF WORKERS' COMPENSATION PROGRAMS
                                201 VARICK STREET   7TH FLOOR
                                NEW YORK  NY   10014
                                TELEPHONE # (212) 337-2075

November 16, 1988               File Number: ▓▓▓▓▓▓▓▓
                                Date of Injury: 06/21/88
                                Accepted Conditions:  KERATOCONJUNCT EYES
STEPHEN J. FEIN                                       MULTIPLE CHEMICAL SE
522 SHORE RD
LONG BEACH, NY 11561


Dear Mr. Fein:

This is to advise you that the Office of Workers' Compensation Programs
(OWCP) has accepted the condition(s) identified above as resulting from your
employment injury. Compensation for wage loss has been authorized through
11/19/88. You have been placed on the periodic compensation rolls and will
receive a compensation check for the period from 11/20/88 through
12/17/88. Compensation will be paid thereafter at four week intervals.
Additional information concerning your periodic compensation payments will be
provided by separate letter.

The acceptance of your claim and the payment of compensation by this Office in
no way alters your employment status with your employing agency. Unless your
agency has notified you otherwise, you continue to be an employee of that
agency and subject to its personnel rules and practices.

A claimant who is unable to perform the duties of the job held at the time of
injury but who is able to perform other work is expected to seek such suitable
work as soon as medically able. Section 8106(a) of the Federal Employees'
Compensation Act provides that a partially disabled employee shall be paid
compensation on the basis of the difference between the monthly pay and the
employee's wage-earning capacity as determined by the Office or by the
employee's actual earnings. Compensation is paid at the rate of two-thirds for
employees without dependents and three-fourths for employees with one or more
dependents.

If you have not already done so, you should contact your employing agency to
determine whether it has specific light/limited duty positions available for
partially disabled employees, and also whether it is willing to modify your
usual job to accommodate the work restrictions caused by your injury. If your
agency advises it has specific light/limited duty positions, you should ask
your agency to send a copy of the position description, including the physical
and any special emotional requirements of the duties, to you and to your
attending physician. You should then ask your physician whether and


DEPARTMENT OF THE NAVY
NAVAL STATION
ATTN: CON CIV PERS OFFICE
BLDG 75/1 NAVAL BASE
PHILADELPHIA, PA 19112


CAA                                              CA1655-0188 (Page 1)



File Number: ▓▓▓▓▓▓▓
Employee: STEPHEN J. FEIN

when you will be able to perform such duties.

If the agency advises that it is willing to accomodate your restrictions, you should make this fact known to your physician and ask the physician to specify the restrictions caused by the injury. Once you are able to perform light, limited, or modified duty, you should report to your agency seeking such duty. If you receive an offer of light or limited duty from your agency, you should advise OWCP in writing of your decision either to accept or refuse the position offered at the time that you notify your agency.

Depending on the nature and extent of your disability and the quality of the medical evidence submitted in your case, OWCP may refer you for a second opinion medical examination. If a second opinion examination is necessary in your case, you will be advised in writing of the place, date and time of the examination. It will be performed by an OWCP-selected independent physician specializing in the medical field appropriate to your injury.

If you have any questions concerning your claim, please contact this office at the address or telephone number shown at the top of the preceding page.

Sincerely,

PAT RUSH
CLAIMS EXAMINER