*Dear*

US DEPARTMENT OF LABOR

Office of Workers' Compensation Programs
P.O. Box 566
201 Varick Street - Room 740
New York, New York   10014
(212) 337-2075

**FILE COPY**

File Number: ▓▓▓▓
RE: STEPHEN J. FEIN

October 6, 1993

Honorable Alfonse M. D'Amato
Suite 600
Seven Penn Plaza
370 Seventh Avenue
New York, New York   10001

Dear Senator D'Amato:

I am writing in reply to your letter of September 20, 1993, concerning the workers' compensation claim of your constituent, Mr. Stephen Fein.

Mr. Fein has requested that you initiate action to change the existing laws and regulations to allow the retroactive granting of locality pay increases to claimants receiving compensation, and who had injured themselves prior to the existence of any locality pay adjustments.

No action on the part of this agency is possible. We can only act in accordance with the existing laws and regulations and, quite rightly, have not been empowered to effect any changes to these laws and regulations.

If Mr. Fein should have any further questions regarding the granting of locality pay increases, he should contact the Office of Personnel Management, 1900 E Street N.W., Washington D.C 20415. We are forwarding a copy of his letter to that office.

I hope that this responds to your inquiry. If we may be of further assistance, please do not hesitate to contact me.

Sincerely,

KENNETH D. HAMLETT
Regional Director

rem 10/04/93
pbr 10/04/93
mjm 10/4/93
priority ecn draft C32447
kdh 10/6/93