

I-Cong

## JACOB ROLLINGS
Attorney at Law
57 Gramatan Avenue
Mt. Vernon, NY 10550
Tel: (914) 699-5220

October 25, 2006

*Via certified mail, return receipt requested*

Hon. Shelby Hallmark
Director
Office of Workers' Compensation Programs
United States Department of Labor
200 Constitution Avenue, NW
Washington, DC 20010

> Re:   Stephen J. Fein
>         522 Shore Road, apt. 1PP
>         Long Beach, NY 11561
>
>         Date of Injury: 88/06/21
>         Benefit sent from District 2, London, KY 40742-8300

Dear Mr. Hallmark:

This office has been retained by Mr. Fein in connection with his Federal Employees' Compensation. Mr. Fein was injured on the job while working as a civilian employee of the United States Navy.

Pursuant to 5 U.S.C. § 8128(a), please accept this letter as an application for the United States Secretary of Labor to review the above referenced award and for said award to be increased.

The grounds for the increase in award are as follows: Under 5 U.S.C. § 5304, Mr. Fein, a federal employee and resident of Long Island, New York, is entitled to a "locality-based comparability payment" increase. Specifically, according to Schedule 9 set forth in the notes under 5 U.S.C. § 5332, effective January 1, 2005, Mr. Fein is entitled to a 20.99% increase in his pay and a 19.22% increase for the year 2004. Of course, these are only the most recent comparability adjustments, Mr. Fein is entitled to an upward adjustment in his pay from he received his first benefit check.

Thank you for your attention. Please contact me if you have any further questions.

Very truly yours,

Jacob Rollings, Esq.

