File Number: 
congress-nyc-O-CONG

**U.S. DEPARTMENT OF LABOR**

**Employment Standards Administration**
**Office of Workers' Compensation Programs**
**201 Varick Street, Room 740**
**New York, NY 10014**
**Phone: (646) 264-3000**

**Case Number:**
**Re: Stephen J. Fein**

November 17, 2006

Jacob Rollings
Attorney at Law
57 Gramatan Avenue
Mt. Vernon, New York 10550

Dear Mr. Rollings:

I am writing in reply to your letter dated October 25, 2006, to Shelby Hallmark, Director of the Office of Workers' Compensation Programs concerning the workers' compensation claim for Mr. Stephen J. Fein. Your letter has been forwarded to us for response.

Mr. Fein's case file information is protected under the Privacy Act. We cannot provide information without a signed release.

Case adjudication occurs in the district office. If you have any further questions, please contact us at the following address: U.S. Department of Labor, Office of Workers' Compensation Programs; 201 Varick Street, Room 740; New York, New York 10014; Telephone Number (646) 264-3000. We have immediate access to case files and are in the best position to assist you.

I hope this responds to your inquiry. If we can be of further assistance, please do not hesitate to contact me.

Sincerely,

Zev C. Sapir
District Director

O-Cong

File Number: ██████████
congress-nyc-O-CONG

draft #:  471673
DAB 11/13/06
RRB 11/16/06
Mab11/16/06