

I-CONG

**Law Office of**
**Jacob Rollings**

57 Gramatan Avenue
Mount Vernon, NY 10550
Tel: (914) 699-5220
Fax: (914) 699-3740

December 19, 2006

Zev C. Sapir
District Director
U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs
210 Varick Street, Room 740
New York, NY 10014

**Re: Stephen J. Fein**
**Case Number:**

Dear Mr. Sapir:

I am in receipt of your letter, dated November 17, 2006. In response, I am enclosing a signed release from my client, Mr. Fein.

As you are aware, we wrote to Ms. Shelby Hallmark, Director of Workers' Compensation Programs, pursuant to 5 U.S.C. § 8128(a) to review Mr. Fein's award and for said award to be increased. The grounds for this increase is that as a resident of Long Island, NY, Mr. Fein is entitled to a "locality-based comparability payment" increase pursuant to 5 U.S.C. § 5304. Under Schedule 9 in the notes to 5 U.S.C. § 5332, Mr. Fein would be entitled to a 20.97% increase effective January 1, 2006, a 20.99% increase in pay effective January 1, 2005, a 19.22% increase effective January 1, 2004 and further increases for all the years Mr. Fein has received federal workers' compensation.

Thank you for your attention to this.

Sincerely,

Jacob Rollings

PB# 07-160
Rec'd 12/22/06
Due 12/29/06
~~EDG~~ / ~~SDA~~
P17 SPA



I-Av

AUTHORIZATION

To: UNITED STATES DEPARTMENT OF LABOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS

I hereby authorize the United States Department of Labor, Office of Workers' Compensation Programs to review my complete file and all documents and information relating to STEPHEN J. FEIN, Social Security Number [redacted] date of birth October 17, 1946, case no. A020588712.

Stephen J Fein 11/9/06

STEPHEN J. FEIN