File Number: 
congress-nyc-O-CONG

U.S. DEPARTMENT OF LABOR

Employment Standards Administration
Office of Workers' Compensation Programs
201 Varick Street, Room 740
New York, NY 10014
Phone: (646) 264-3000

Case Number: ███
Re: Stephen J. Fein

February 8, 2007

Jacob Rollings
Attorney at Law
57 Gramatan Avenue
Mount Vernon, New York 10550

Dear Mr. Rollings:

I am writing in reply to your letter dated December 19, 2006, concerning the workers' compensation claim of Mr. Stephen J. Fein.

Your letter included an authorization release signed by Mr. Fein on November 09, 2006. The release signed by Mr. Fein authorizes the United States Department of Labor, Office of Workers' Compensation Programs to review his file, it does not authorize us to correspond with you. Therefore, due to the Privacy Act of 1974, we will need a release from the employee, before we can correspond with you in this case.

I hope this responds to your inquiry. If we can be of further assistance, please do not hesitate to contact me.

Sincerely,

Zev C. Sapir
District Director

O-Cong

File Number: ▓▓▓
congress-nyc-O-CONG

draft #: pb07-160
DAB 12/28/2006
TMP 1/22/07
Mab1/3/07