File Number: 
O-Cong

**U.S. DEPARTMENT OF LABOR**   Employment Standards Administration
Office of Workers' Compensation Programs
201 Varick Street, Room 740
New York, NY 10014
Phone: (646) 264-3000

Case Number:
Re: Stephen J. Fein

February 8, 2007

Stephen J. Fein
522 Shore Road – 1pp
Long Beach, New York 11561

Dear Mr. Fein:

I am writing in reply to your attorney's letter of December 19, 2006, concerning your workers' compensation claim.

Mr. Rollins has inquired about locality pay. He believes that you are entitled to an increase in your compensation benefits because you are a resident of Long Island, New York. Mr. Rollins is referring to locality pay that working federal employees receive on a yearly basis, based on the state they reside in. However, compensation recipients do not receive these increases, nor do they receive the same salary increases as those who are still employed. Under the Federal Employees Compensation Act (FECA), benefit recipients receive the Consumer Price Index (CPI) increases in March of every year.

FECA payments for wage loss benefits are based on your salary at the time you either sustained your work related injury, the date your disability began or the date your disability recurred. As a benefit recipient, you are entitled to receive CPI's every year and not entitled to receive locality pay.

I hope this responds to your inquiry. If we can be of further assistance, please do not hesitate to contact me.

Sincerely,

Zev C. Sapir
District Director

A-Cong

Case No:   Page No: 1   Rec'd Date: 02/12/2007

File Number: ▓▓▓
congress-nyc-O-CONG

draft #: pb07-160
DAB 12/28/2006
TMP 1/22/07
Mab1/3/07