**Law Office of
Jacob Rollings**

57 Gramatan Avenue
Mount Vernon, NY 10550
Tel: (914) 699-5220
Fax: (914) 699-3740

March 9, 2007

Zev C. Sapir
District Director
U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs
210 Varick Street, Room 740
New York, NY 10014

    Re:    Stephen J. Fein
            Case Number: [redacted]

Dear Mr. Sapir:

Pursuant to 5 U.S.C. § 8124, my client Mr. Fein hereby requests a hearing to review the decision of the Secretary of Labor's decision made pursuant to 5 U.S.C. § 8128(a), a copy of which is enclosed herewith.

Thank you for your attention to this.

Sincerely,

*[signature]*

Jacob Rollings, Esq.

PB# 07-382