**U.S. Department of Labor**   Employment Standards Administration
Office of Workers' Compensation Programs
Division of Federal Employee's Compensation
Washington, D.C. 20210



File Number: 

APR 2 2007

Mr. Stephen Fein
522 Shore Road – 1pp
Long Beach, NY 11561

Dear Mr. Fein:

This office recently received a letter dated March 8, 2007, from attorney Jacob Rollings who stated he was writing to request a hearing on your behalf. Mr. Rollings stated that you disagreed with the information in the letter to you of February 8, 2007, which informed you that you are not entitled to receive yearly increases in your compensation due to locality pay.

I wrote to Mr. Rollings to advise him that we need a signed statement from you authorizing him as your representative before we can release information to him regarding your case. If you wish to have Mr. Rollings represent you in matters relating to your workers' compensation case, you should send your authorization in writing to the Office of Workers' Compensation Programs (OWCP), P.O. Box 8300, London, Kentucky, 40742.

Regarding your request for a hearing regarding locality pay, the letter of February 8, 2007, does not constitute a formal decision. If you wish to have a formal decision with appeal rights, you will need to contact the OWCP district office at the address in the previous paragraph.

I trust this information is responsive to your request. If you require additional information, please do not hesitate to contact this office.

Sincerely,

Stephanie L. Semmer
Branch Chief, Technical Assistance
Federal Employees' Compensation

484095

Case No: ▮   Page No: 1   Rec'd Date: 04/09/2007