**U.S. Department of Labor**   Employment Standards Administration
Office of Workers' Compensation Programs
Division of Federal Employee's Compensation
Washington, D.C. 20210



File Number:

APR 9  2007

Jacob Rollings, Esq.
57 Gramatan Avenue
Mount Vernon, NY  10550

Dear Mr. Rollings:

Your letter dated March 8, addressed to Director Shelby Hallmark, has been referred to me for response. You wrote regarding the workers' compensation claim of Stephen Fein.

On November 17, 2006, the Office of Workers' Compensation Programs in New York wrote to you to advise that the information in Mr. Fein's case is protected under the Privacy Act. You were further advised that information in Mr. Fein's case file cannot be provided to you without a signed release from Mr. Fein. I have reviewed Mr. Fein's case record and do not see a signed release or a statement from him authorizing you as his representative in matters before this office.

Sincerely,

Stephanie L. Semmer
Branch Chief, Technical Assistance
Federal Employees' Compensation