File Number: 

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMP PROGRAMS
PO BOX 8300 DISTRICT 2 NYC
LONDON, KY 40742-8300
Phone:  (646) 264-3000

June 18, 2007

Date of Injury: 06/21/1988
Employee:  STEPHEN J. FEIN

STEPHEN J FEIN
522 SHORE ROAD, APT 1PP
LONG BEACH, NY 11561

Dear Mr. FEIN:

I am writing in reference to the claim cited above.

In recent months, we have received correspondence from Mr. Jacob Rollins asserting that you are entitled to locality pay increases to your wage-loss compensation benefits because you are a resident of Long Island, New York.  Mr. Rollins is apparently referring to locality pay that working federal employees receive on a yearly basis based on the region in which they work.

We have decided to conduct a formal review of your claim to determine whether  your wage-loss compensation benefits have been properly calculated. We are going to allow you 30 days from the date of this letter to provide your reasons in detail why you believe that you are entitled to an increase in your wage-loss compensation benefits, along with any evidence you would like to submit in support of your claim. After such time, we will make a determination on whether you are due any additional entitlement or increase in your pay rate based on the evidence of record.

As we have indicated in previous correspondence, we do not have anything on record authorizing Mr. Rollins as your representative. If you wish to have Mr. Rollins represent you as your attorney, please submit a signed statement authorizing Mr. Rollins to represent you in your compensation claim.

Sincerely,

Serena Frasier
Claims Examiner

DEPARTMENT OF THE NAVY
NAVAL STATION
CCPO PHILADELPHIA
BLDG 75/1 NAVAL BASE
PHILADELPHIA, PA 19112

