## JACOB ROLLINGS
Attorney at Law
57 Gramatan Avenue
Mt. Vernon, NY 10550
Tel: (914) 699-5220

July 15, 2007

Ms. Serena Frasier
Claims Examiner
Employment Standards Administration
Office of Workers' Compensation Programs
P.O. Box 8300 District 2 NYC
London, KY 40742-8300

        Re:    Stephen J. Fein
               Case no.:

Dear Ms. Frasier:

    The following is written in response to your letter, dated June 18, 2007, requesting the reasons my client Stephen J. Fein believes he is entitled to an increase in wage-loss compensation benefits.

    Mr. Fein believes he is entitled to locality pay based on the region he lives in. Mr. Fein is a recipient of Federal Employee's Compensation. He is a federal employee under the definitions set forth in 5 U.S.C. §§ 5102 and 8101(1). As such, he is entitled to locality based pay increases.

    That is, federal law makes no distinction between employees who are actively working and those collecting compensation. The purpose of the locality pay was to adjust government wages for those who live and work in areas with higher costs of living. Mr. Fein lives (and worked) in a relatively expensive area, his pay should have been adjusted accordingly.

    Thank you for your attention to this.

                                        Very truly yours,

                                        Jacob Rollings