```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Stephen J. Fein, *on behalf of himself and all others similarly situated*,

        Plaintiff,

    -against-

Elaine Chao, *Secretary, United States Department of Labor*,

        Defendant.
------------------------------------------------------------X

07 Civ. 3312 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons stated on the record at oral argument[1] on March 26, 2008, Defendant's motion to dismiss is GRANTED. The Clerk of Court is directed to enter judgment and close out this case.

Dated: New York, New York
       March 27, 2008

SO ORDERED

*(signature)*
PAUL A. CROTTY
United States District Judge

---

[1] See transcript of oral argument held on March 26, 2008 for further details.

1