**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STEPHEN J. FEIN, on behalf of himself and all
others similarly situated,

                Plaintiff,                              07 **CIVIL** 3312 (PAC)

      -against-                                         **JUDGMENT**

ELAINE CHAO, Secretary, United States Department
of Labor,
                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

       Defendant having moved to dismiss, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on March 27, 2008, having rendered its Order granting defendant's motion to dismiss, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 27, 2008, defendant's motion to dismiss is granted; accordingly, the case is closed.

Dated:  New York, New York
            March 28, 2008

                                                      **J. MICHAEL McMAHON**
                                                          **Clerk of Court**
                          BY:
                                                           **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____